UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
McALLEN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | CRIMINAL NO. 7:24-CR-785 |
| ELIEL ABISAI ZUNIGA-ALVAREZ | § § § | |

**PRELIMINARY ORDER OF FORFEITURE**

Following the Defendant's conviction and based on the evidence in the record, the Court finds that the United States of America has established the requisite nexus between the property listed below and the offense of conviction.   It is ORDERED that:

1.   The following property is forfeited to the United States of America:

| |
|---|
| a Glock, model 27 Gen 4, .40 caliber pistol, serial number SNA104; |
| a Glock, model 43x, 9mm caliber pistol, serial number BWLB330; |
| a SCT, model SCT19, 9mm caliber pistol, serial number AAA0014523; |
| a SCT, model SCT19, 9mm caliber pistol, serial number AAA0014524; |
| 68,040 rounds of unknown manufacturer 7.62 caliber ammunition; |
| 53,760 rounds of unknown manufacturer 7.62 caliber ammunition; |
| 840 rounds of unknown manufacturer 7.62 caliber ammunition; |
| 32,000 rounds of Remington .223 caliber ammunition; |
| 30,000 rounds of unknown manufacturer .223 caliber ammunition; |
| 5,000 rounds of unknown manufacturer 5.56 caliber ammunition |
| 5,000 rounds of PMC 5.56 caliber ammunition; |
| 100 rounds of Winchester-Western 9mm ammunition; |
| 20 rounds of Federal .40 caliber ammunition; |
| 200 rounds of Winchester-Western .45 caliber ammunition; |

| |
|---|
| 1,000 rounds of .380 caliber ammunition; |
| 4,734 rounds of unknown manufacturer .50 caliber ammunition. |

2. The United States of America shall publish notice of this forfeiture order and shall send notice to any person who reasonably appears to be a potential claimant with standing to contest the forfeiture in the ancillary proceeding.

3. Any person, other than the Defendant, asserting a legal interest in the forfeited property may within thirty (30) days of the final publication of notice or receipt of notice, whichever is earlier, petition the Court for a hearing to adjudicate the validity of the alleged interest in the property pursuant to Title 21, United States Code, Section 853(n). The petition shall be signed by the petitioner under penalty of perjury and shall set forth the nature and extent of the petitioner's right, title, or interest in that property, the time and circumstances of the petitioner's acquisition of the right, title, or interest in that property, and any other facts which support the petitioner's claim and the relief sought. The petition shall be filed with the United States District Clerk, located at United States Courthouse, 1701 W. Business Hwy 83, McAllen, TX 78501. A copy of the petition shall be sent to Ted Parran, Assistant United States Attorney, U.S. Attorney's Office, 1701 W. Bus. Hwy. 83, Ste 600, McAllen, TX 78501.

4. This forfeiture order shall be made a part of the Defendant's sentence and included in his judgment.

SIGNED on this ____ day of _____ 2024 at McAllen, Texas.

_____
DREW B. TIPTON
United States District Judge