UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
McALLEN DIVISION

| UNITED STATES OF AMERICA | § | |
|---|---|---|
| | § | |
| v. | § | CRIMINAL NO. 7:24-CR-785 |
| | § | |
| Eliel Abisai Zuniga-Alvarez | § | |

# **FINAL ORDER OF FORFEITURE**

Pending before the Court is the United States' Motion for a Final Order of Forfeiture. Having considered the motion, the record, and the applicable law, the Court has determined that the motion should be granted. It is therefore ORDERED that:

1. The following property is forfeited to the United States, with all right, title and interest vesting in the United States:

| |
|---|
| a Glock, model 27 Gen 4, .40 caliber pistol, serial number SNA104; |
| a Glock, model 43x, 9mm caliber pistol, serial number BWLB330; |
| a SCT, model SCT19, 9mm caliber pistol, serial number AAA0014523; |
| a SCT, model SCT19, 9mm caliber pistol, serial number AAA0014524; |
| 68,040 rounds of unknown manufacturer 7.62 caliber ammunition; |
| 53,760 rounds of unknown manufacturer 7.62 caliber ammunition; |
| 840 rounds of unknown manufacturer 7.62 caliber ammunition; |
| 32,000 rounds of Remington .223 caliber ammunition; |
| 30,000 rounds of unknown manufacturer .223 caliber ammunition; |
| 5,000 rounds of unknown manufacturer 5.56 caliber ammunition |
| 5,000 rounds of PMC 5.56 caliber ammunition; |
| 100 rounds of Winchester-Western 9mm ammunition; |
| 20 rounds of Federal .40 caliber ammunition; |

| |
|---|
| 200 rounds of Winchester-Western .45 caliber ammunition; |
| 1,000 rounds of .380 caliber ammunition; |
| 4,734 rounds of unknown manufacturer .50 caliber ammunition. |

2. All persons and entities claiming any right, title, or interest in the property are held in default; and

3. The United States may dispose of the property according to law.

THIS IS A FINAL ORDER.

Signed on this __8th__ day of ____April____ 2025..

*Drew B Tipton*
THE HON. DREW TIPTON
United States District Judge